

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 2:04-CR-177-GMN (PAL) |
| FLORIN IANCU, ) | |
| Defendant. ) | |

**FINAL ORDER OF FORFEITURE**

On April 20, 2011, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 18, United States Code, Section 1963(a)(3), based upon the plea of guilty by defendant FLORIN IANCU to a criminal offense, forfeiting specific property alleged in the Second Superseding Criminal Indictment and agreed to in the Plea Memorandum and shown by the United States to have a requisite nexus to the offense to which defendant FLORIN IANCU pled guilty. Docket #267, #293, #294, #296.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from May 4, 2011, through June 2, 2011, notifying all known third parties of their right to petition the Court. #297.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

. . .

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 1963(a)(3); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

(1) Sony Vaio Desk Top computer (serial number: 284711373004449);

(2) Compaq Presario laptop computer (serial number: 6D22JCH371W9);

(3) Hewlett Packard laptop computer (serial number: TW13920335);

(4) Valiant 671DP laptop computer (serial number: T0140E300850);

(5) automated teller machine ("ATM");

(6) Toshiba laptop computer (serial number: 2304502PU);

(7) HP Pavilion 753N (serial number: MX23605319);

(8) Panasonic palmcorder mini-dv camera, model PV-DV (serial number: BN07131008488);

(9) HP Office Jet printer (serial number: MY16CB-21YP);

(10) VEO Stingray video camera (serial number: 330VB2AX000-771);

(11) Olympus digital camera (serial number: 237238802);

(12) Compaq Contura laptop computer (serial number: 7529HPB23352);

(13) Sony Vaio laptop computer (serial number: 283216303205876);

(14) HP laptop computer (serial number: TW21618644);

(15) Quantum Hard drive (serial number: 652028547895PGZXX);

(16) Sony MVC-CD 300 digital camera (serial number: 341794);

(17) JVC digital video camera DVM-90 (serial number: 09660914);

(18) Sony Digital Photo Printer DPP-EX5 (serial number: 312788);

(19) Brother LX-900 Printer (serial number: US 2543-MOJ35);

        (20)    Sony LCD Monitor (serial number: 0424888);

        (21)    Sharp Display Monitor (serial number: 203418267); and

        (22)    an *in personam* criminal forfeiture money judgment of $1,000,000.00 in United States Currency.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this \_\_28\_\_ day of \_\_July\_\_, 2011.

_____
UNITED STATES DISTRICT JUDGE

3